Judge Stanley A. Bastian

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ESSE VAIKONPAA, an individual,<br><br>       Plaintiff,<br><br>v.<br><br>ABSOLUTE RESOLUTIONS INVESTMENTS, LLC, a Washington Limited Liability Corporation,<br><br>       Defendant. | **CASE NO.: 2:25-CV-190-SAB**<br><br>**NOTICE OF WITHDRAWAL OF AMANDA N. MARTIN** |

**TO:**    **CLERK OF THE COURT;**

**AND TO:**   **ALL COUNSEL OF RECORD.**

YOU WILL PLEASE TAKE NOTICE that Amanda N. Martin hereby withdraws as attorney of record for Plaintiff Esse Vaikonpaa. Plaintiff remains represented by Roblin Williamson.

Dated this 16th day of January, 2026.

              /s/ Amanda N. Martin
              Amanda N. Martin, WSBA #49581
              Withdrawing Attorney for Plaintiff


              /s/ Roblin Williamson
              Roblin Williamson, WSBA #11387
              Remaining Attorney for Plaintiff

NOTICE OF WITHDRAWAL OF
AMANDA N. MARTIN - 1
CASE NO.: 2:25-CV-190-SAB



936 N. 34th St. Ste. 300
Seattle, WA 98103
Tele: 206-805-0989
Fax: 206-805-1716

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury of the laws of the State of Washington that I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to all attorneys of record.

DATED this 16th day of January, 2026.

/s/ Amanda N. Martin
Amanda N. Martin, WSBA #49581
Withdrawing Attorney for Plaintiff

NOTICE OF WITHDRAWAL OF
AMANDA N. MARTIN - 2
CASE NO.: 2:25-CV-190-SAB



936 N. 34th St. Ste. 300
Seattle, WA 98103
Tele: 206-805-0989
Fax: 206-805-1716