FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 02, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ESSE VAIKONPAA, an individual, | No. 2:25-CV-00190-SAB |
| Plaintiff, | |
| v. | |
| ABSOLUTE RESOLUTIONS INVESTMENTS, LLC, a Washington Limited Liability Corporation, | **ORDER OF DISMISSAL** |
| Defendant. | |

Before the Court is the parties' Stipulated Motion to Dismiss, ECF No. 21. Plaintiff is represented by Brendan W. Donckers. Defendant is represented by Brit Suttell.

The parties stipulate and request the Court dismiss this matter with prejudice and without costs or attorney fees to any party. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the joint wishes of the parties, the Court finds good cause to accept the stipulation and enter it into the record.

//

//

//

//

**ORDER OF DISMISSAL * 1**

Accordingly, **IT IS HEREBY ORDERED**:

1.    The above-captioned case is **DISMISSED with prejudice** and without costs or attorney's fees.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to file this Order, provide copies to counsel, and **close** the file.

**DATED** this this 2nd day of July 2026.



Stan Bastian
Chief United States District Judge

**ORDER OF DISMISSAL * 2**